No. 94–6274. GARCIA BRISENO *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 94–6294. WEEDEN *v.* RUNYON, POSTMASTER GENERAL. C. A. 6th Cir. Certiorari denied. 

No. 94–6328. CHILDRESS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–6361. PRAJEDES ARELLANO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 94–6382. WELLONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 94–6386. SOLOMON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–6481. BUTLER *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied. 

No. 94–6492. HARVEY *v.* MYERS, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 94–6510. MARTINEZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 94–6610. BAILEY *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. 

No. 94–6643. HATHAWAY ET AL. *v.* MINNESOTA ET AL. C. A. 8th Cir. Certiorari denied. 

No. 94–6694. CRANE *v.* OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 94–6701. IBARRA *v.* NEW MEXICO. Ct. App. N. M. Certiorari denied. 

No. 94–6716. REED *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 94–6724. DEAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 94–6726. CESAR A. *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.